Form 27 - GENERAL PURPOSE
MAYERSON & ASSOCIATES
ATTN:
US DISTRICT COURT      SOUTHERN/NY  COUNTY
---------------------------------------------------------

R.C. AND H.VH. O/B/O D.C.                plaintiff

Index No. **07 CV 6516**

Date Filed ............

- against -

Office No.

DEPARTMENT OF EDUCATION OF THE CITY     defendant
OF NEW YORK

Court Date:   / /

---------------------------------------------------------
STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**BRETT M. GOLUB**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
  That on the **19th  day of July, 2007**     at  **03:57 PM.**,                          at
  %**MICHAEL A. CARDOZO,ESQ.-CORP.COUNSEL CITY OF NY**
  **100 CHURCH ST. 4TH FL. NY,NY 10007**
I served a true copy of the
  **SUMMONS AND COMPLAINT**
  **JUDGES RULES**

upon **DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
  **MADELYN SANTANA,  CLERK AUTHORIZED TO ACCEPT SERVICE**

a true copy of each thereof.

  Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **FEMALE**          COLOR: **BROWN**        HAIR: **BLACK**
    APP. AGE: **37**         APP. HT: **5:7**        APP. WT: **150**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
19th  day of  July, 2007ni

.................................
BRETT M. GOLUB   1239212
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7MA750634

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010