



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/07

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Andrew J. Rauchberg**
phone: 212-788-0889
fax: 212-788-0940
email: arauchbe@law.nyc.gov

August 8, 2007

**BY HAND**

Hon. Barbara S. Jones
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

    Re: R.C. and V.H. o/b/o D.C. v. NYC Department of Education, 07-CV-6516

Dear Judge Jones,

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorneys for the Department of Education in the case referenced above, in which the parents of a minor student seek attorneys' fees after a state administrative proceeding held pursuant the Individuals with Disabilities Education Act.

    I write to request that defendant's time to respond to the complaint be extended to September 5, 2007. The original answer date is today, August 8, 2007. I respectfully ask that the Court excuse the lateness of this request, but I only recently received the complaint, and plaintiffs will not be prejudiced by an extension. This is the first such request defendant has made. I have spoken with Gary S. Mayerson, attorney for the plaintiffs, and he has consented to this request.

    The requested adjournment should permit time for this office to review the record in this matter and plaintiffs' allegations, and to submit an appropriate response. Accordingly, I respectfully request an enlargement of defendant's time to answer or move with respect to the complaint until September 5, 2007.



Thank you for your consideration of this request.



Respectfully submitted,

Andrew J. Rauchberg (AR 2179)
Assistant Corporation Counsel

cc: Gary S. Mayerson, Esq.
Gary S. Mayerson and Associates
Attorney for Plaintiff
330 West 38th Street, Suite 600
New York, New York 10018
(via fax)

Application GRANTED

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
8/10/07

2