# Mayerson & Associates
330 West 38th Street, Suite 600
New York, New York 10018

**mayerslaw.com**

---

GARY S. MAYERSON *♦  
CHRISTINA D. THIVIERGE *  
RANDI ROTHBERG

TEL: 212.265.7200  
FAX: 212.265.1735  
E-MAIL: GARY@MAYERSLAW.COM

\* ALSO ADMITTED IN NEW JERSEY  
♦ ALSO ADMITTED IN FLORIDA

September 28, 2007

**VIA FACSIMILE**

Hon. Barbara S. Jones  
United State District Judge  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street, Room 620  
New York, New York 10007  
Fax: 212-805-6191

**Re: R.C. and V.H. o/b/o D.C. v. Department of Education of the City of New York**

Dear Judge Jones:

    As you are aware, we represent the plaintiffs in the above matter. We write to respectfully request a 30-day adjournment for the Pre-Trial Conference, currently scheduled for October 2, 2007 at 3:30 p.m.

    We reached an agreement as to terms with the Department of Education and we are exchanging settlement drafts. We contacted Mr. Andrew J. Rauchberg, counsel for the defendant, who consents to our request.

    Thank you very much for your consideration.

Respectfully submitted,

Gary S. Mayerson

Cc: Andrew J. Rauchberg, Esq. (Via e-mail: arauchb@law.nyc.gov)