USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07

## Mayerson & Associates
330 West 38th Street, Suite 600
New York, New York 10018

mayerslaw.com

GARY S. MAYERSON *♦
CHRISTINA D. THIVIERGE *
RANDI ROTHBERG

TEL: 212.265.7200
FAX: 212.265.1735
E-MAIL: GARY@MAYERSLAW.COM

\* ALSO ADMITTED IN NEW JERSEY
♦ ALSO ADMITTED IN FLORIDA

September 28, 2007

**VIA FACSIMILE**

Hon. Barbara S. Jones
United State District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007
Fax: 212-805-6191

07-cv-6516 (BSJ)

Re: **R.C. and V.H. o/b/o D.C. v. Department of Education of the City of New York**

Dear Judge Jones:

    As you are aware, we represent the plaintiffs in the above matter. We write to respectfully request a 30-day adjournment for the Pre-Trial Conference, currently scheduled for October 2, 2007 at 3:30 p.m.

    We reached an agreement as to terms with the Department of Education and we are exchanging settlement drafts. We contacted Mr. Andrew J. Rauchberg, counsel for the defendant, who consents to our request.

    Thank you very much for your consideration.

Respectfully submitted,

Gary S. Mayerson

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
Oct. 1, 2007

Cc: Andrew J. Rauchberg, Esq. (Via e-mail: arauchb@law.nyc.gov)